

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/1/2015 9:54:15 AM
PAM ESTES
Clerk

August 28, 2015

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

RE:     Case Number:            12-15-00132-CV
        Trial Court Case Number:   C1430149

**Style:**   Dominique A. Malone
        v.
        Progressive County Mutual Insurance Company

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C  Mr. Jeff B. Badders (DELIVERED VIA E-MAIL)
C  Mr. Tracey R. Burridge (DELIVERED VIA E-MAIL)
:

Mandate executed on 31st day of August, 2015.

Brief explanation of action taken: Mandate entered & scanned

_____   District/County Clerk